## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL SCHARLACH | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 16-5082 |
| v. | : | |
| | : | |
| LIQUIDHUB, INC. | : | |
| and | : | |
| SUBARU OF AMERICA, INC. | : | |
| | : | |
| Defendants. | : | |

It is hereby stipulated and agreed by and between Plaintiff, Michael Scharlach, and Defendants Liquidhub, Inc. and Subaru of America Inc., through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's above action is dismissed in its entirety with prejudice and without attorneys' fees or costs.

Respectfully Submitted,

*/s Christine Burke*
Christine E. Burke, Esq.
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
Phone: (215) 639-0801
Fax: (215) 639-4970
cburke@karpf-law.com
**Counsel for Plaintiff**

*/s Kathleen Collins*
Kathleen J. Collins, Esq.
Litchfield Cavo LLP
1800 Chapel Avenue West
Suite 360
Cherry Hill, NJ 08002
Phone: (856) 382-2270
Fax: (856) 751-1230
collins@litchfieldcavo.com
**Counsel for Defendant Liquidhub, Inc.**

*/s Richard Mariani*
Richard C. Mariani, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10 Madison Avenue, Suite 400
Morristown, NJ 07960
Phone: (973) 656-1600
Fax: (973) 656-1611
Richard.Mariani@ogletreedeakings.com
**Counsel for Defendant Subaru of America, Inc.**

Dated: May 30, 2017